UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160(23) NEB/JFD

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR APPOINTMENT |
| ) | OF CO-COUNSEL |
| ERNEST BOYD, ) | |
| ) | |
| Defendant. ) | |

The Court previously determined that the defendant in the above matter is financially unable to employ counsel and appointed Charles Hawkins, a member of the CJA Conflicts Panel for the District of Minnesota, to represent him, pursuant to 18 U.S.C. § 3006A and the District of Minnesota's Criminal Justice Act Plan.

The Court finds that because this case is sufficiently difficult to warrant an appointment of an additional attorney it is in the interest of justice to do so.

IT IS HEREBY ORDERED that Arthur Waldon, Attorney ID 397729 be appointed as co-counsel to represent the defendant in said proceedings.

Dated: May 2, 2023

*s/Elizabeth Cowan Wright*
Honorable Elizabeth Cowan Wright
United States Magistrate Judge