# CHARLES L. HAWKINS

LAWYER
150 SOUTH FIFTH STREET, SUITE 2860
MINNEAPOLIS, MINNESOTA 55402
TEL: (612) 339-6921 / FAX: (612) 333-5015

September 14, 2023

Honorable John F. Docherty
United States Magistrate Judge
United States District Court
Courtroom 6A
316 North Robert Street
St. Paul, MN 55101

Re:   *United States v. Ernest Boyd*
      Case No. 23-cr-160(23) (NEB/JFD)

Dear Magistrate Judge Docherty,

Pending before the court is Mr. Boyd's Motion to Reconsider and Reopen Detention Hearing. Yesterday I was advised by AUSA Justin Wesley that the USMS has authorized the surgery to remove the growth from Mr. Boyd's neck. Based upon the new authorization for surgery to remove the growth on Mr. Boyd's neck his motion is now moot and I withdraw the motion.

Cordially,

*Charles L. Hawkins*
Charles L. Hawkins

CLH/dlc