# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT and PLEA AGREEMENT HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>EARNEST BOYD,<br>Shaky Shawn and<br>Ernest Boyd,<br><br>   Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:         23-cr-160 (23) (NEB/JFD)<br>Date:            June 10, 2025<br>Court Reporter:  Janell Gruber<br>Courthouse:      Minneapolis<br>Courtroom:       13W<br>Time Commenced:  12:30 p.m.<br>Time Concluded:  1:05 p.m.<br>Time in Court:    35 minutes |

**APPEARANCES:**
   Plaintiff:    Albania Concepcion, Assistant U.S. Attorney
   Defendant:    Charles Hawkins and Arthur Waldon, IV, CJA Appointed Attorneys

**PROCEEDINGS:**

**ARRAIGNMENT:**
   ☒ Waived Reading of Charges   ☒ Advised of Rights   ☒ Waiver of Indictment
on   ☒ Third Superseding Indictment   ☒ Information   ☐ Complaint

**PLEA HEARING:**
☒ Guilty as to Count 5 of the Third Superseding Indictment.
☒ Presentence Investigation Report Requested.
☒ Defendant is remanded to the custody of the USM.


Date: June 10, 2025                                 s/Kristine Wegner
                                                    Courtroom Deputy to Judge Nancy E. Brasel